# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOSEPH MACCONNELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVE FRANETOVICH, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00204 DLB PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN FORTY-FIVE DAYS<br><br>[ECF No. 2] |

　　　　Plaintiff, a prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 6, 2015.  Plaintiff filed a motion seeking leave to proceed in forma pauperis, but the form application he submitted lacks the requisite authorization for the deduction of the filing fee from Plaintiff's trust account as funds are available.  28 U.S.C. § 1915.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Within **forty-five (45) days** from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action;

　　　　2.　　**No extension of time will be granted without a showing of good cause; and**

///

///

1

3.     **The failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated:   **February 11, 2015**                    /s/ Dennis L. Beck
                                                                    UNITED STATES MAGISTRATE JUDGE

2