# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOSEPH MACCONNELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEVE FRANETOVICH, et al.,<br><br>　　　　　Defendants. | Case No. 1:15-cv-00204 DLB PC<br><br>ORDER DISMISSING ACTION FOR FAILURE TO OBEY A COURT ORDER |

　　　Plaintiff Robert Joseph MacConnell ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.[1] Plaintiff filed this action on February 6, 2015. He names Supervisor Steve Franetovich, Medical Doctor Geoffrey Kamen, and Physician Assistant Stephen Hitchman as Defendants.

　　　On January 21, 2016, the Court screened the complaint and directed Plaintiff to either notify the Court of his willingness to proceed only on the cognizable claims, or to file an amended complaint within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and Plaintiff has failed to comply or communicate with the Court in any manner. The Court further notes that the order was returned by the U.S. Postal Service on January 27, 2016, as "Undeliverable, Paroled."

---

[1] Plaintiff consented to the jurisdiction of the Magistrate Judge on February 23, 2015.

1

Accordingly, IT IS HEREBY ORDERED that the action is DISMISSED for failure to obey a court order.

IT IS SO ORDERED.

Dated: **February 26, 2016**                /s/ *Dennis L. Beck*
                                       UNITED STATES MAGISTRATE JUDGE